# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICIA K. PURCELL,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC,

    Defendant.

Case No. 2:10-CV-02212-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiff's Motion for Extension of Time (#23). Defendant filed a response (#24) and does not oppose an extension. Accordingly, Plaintiff's Motion for Extension of Time (#23) is **GRANTED**. Plaintiff shall file her opposition to Defendant's Motion for Judgment on the Pleadings and to Expunge Lis Pendens no later than April 22, 2011.

**IT IS SO ORDERED.**

    DATED this 6th day of April 2011.

    Kent J. Dawson  
    United States District Judge